No. 5394.—Pabón, aplte., *v.* Asamblea Municipal de Cabo Rojo, aplda.—C. D. Mayagüez. Junio 22. 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, Bernardo Pabón presentó en la Corte de Distrito de Mayagüez una solicitud de *certiorari* contra la

Asamblea Municipal de Cabo Rojo alegando que en una sesión extraordinaria admitió la renuncia del asambleísta Agapito Padilla y se nombró en su lugar a Serafín Avilés, y que ambos actos son ilegales;

Por cuanto, librado el auto la parte demandada presentó moción escrita a la corte allanándose a la petición y solicitando se dictase sentencia declarando vacante el cargo de miembro de la Asamblea Municipal de Cabo Rojo que desempeñaba Serafín Avilés, con cuya moción estuvo conforme el peticionario;

Por cuanto, la corte en vista del allanamiento de la demandada y de la conformidad del peticionario, dictó sentencia declarando nula la aceptación de la renuncia de Agapito Padilla del cargo referido y nulo el nombramiento que para sustituirlo fué hecho a favor de Serafín Avilés;

Por cuanto, contra esa sentencia se interpuso esta apelación por el peticionario del auto por ser la sentencia contraria a derecho y por no haber impuesto las costas a la demandada;

Por cuanto, la sentencia está de acuerdo con la petición del ahora apelante y no se expuso por qué es contraria a derecho;

Por cuanto, la imposición de costas no era procedente en este caso,

Por tanto, debemos confirmar y confirmamos la sentencia apelada que dictó la Corte de Distrito de Mayagüez el 14 de mayo, 1930, en el caso de epígrafe.